# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                  **No. 14-cv-0304 RB/SMV**
                                               **09-cr-0760 RB**

**FRANK L. GUTIERREZ,**

    **Defendant.**

## <u>ORDER</u>

THIS MATTER is before the Court on the United States' Second Motion for Extension of Time to File a Response to Defendant's Motion [CV Doc. 8; CR Doc. 146] ("Motion").   For good cause shown,

**IT IS HEREBY ORDERED** that the United States' Motion [CV Doc. 8; CR Doc. 146] is **GRANTED**.   The United States shall file a response to Defendant's Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody [CV Doc. 1; CR. Doc. 138] on or before **July 31, 2014**.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**